IN THE UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:

Ronald Grason,
DEBTOR

---

Ronald Grason,

  PLAINTIFF

  v.

Illinois Department of Revenue,

  DEFENDANT

CHAPTER 7

CASE NO. 16-70990

## ADVERSARY COMPLAINT

1) THIS IS AN ACTION to DETERMINE THE DISCHARGEABILITY OF ILLINOIS STATE INCOME TAXES SINCE THE ILLINOIS DEPARTMENT OF REVENUE DECLINES TO ACKNOWLEDGE DISCHARGE COMPLETELY ACCORDING TO THE REASONS to FOLLOW. THIS ACTION IS COMMENCED UNDER RULE 4007 AND RULE 7001(6).

2) DEBTOR WAS GRANTED A DISCHARGE ON SEPTEMBER 14, 2016

3) THE BANKRUPTCY COURT HAS JURISDICTION TO HEAR AND DETERMINE THIS MATTER UNDER 28 USC 157 (B)(2)(I). SEE IN RE REGAN 100 BR 411, 417 (BANKR ND ILL 1989)

4) A DEBTOR RECEIVES A DISCHARGE FROM ALL DEBTS LISTED THAT AROSE BEFORE THE ORDER FOR RELIEF. 11 USC 727(6)

5) TAXES BY GOVERNMENTAL UNITS AS MEASURED ON INCOME ARE ELIMINATED IF THEY ARE GREATER THAN THREE YEARS OLD AS DETERMINED BY THE DUE DATE OF A RETURN, INCLUDING ANY EXTENSIONS, PRIOR TO FILING THE PETITION, AND WERE ASSESSED WITHIN 240 DAYS BEFORE FILING. 11 USC 507 (a)(8). MOREOVER ANY RETURNS MUST HAVE BEEN FILED WITHIN TWO YEARS PRIOR TO FILING A PETITION FOR BANKRUPTCY 11 USC 523 (a)(1)(B)(ii). THIS IS THE SO-CALLED 3-2-240 DAY RULE.

6) IN THIS BANKRUPTCY PROCEEDING THE ILLINOIS DEPARTMENT OF REVENUE FAILED TO ASSERT ANY CLAIM OR OBJECTION TO THE DISCHARGE OF ANY STATE INCOME TAXES DUE. NEVERTHELESS THE CREDITOR MUST MEET THE BURDEN OF PROOF TO ESTABLISH NON-DISCHARGEABILITY. IN RE BOGSTAD, 779 F2d 370, 372 (7TH CIRC 1985)

7) A DISCHARGE UNDER 11 USC 524 (a)(2) OPERATES AS A PERMANENT INJUNCTION AGAINST ANY ACT, TO COLLECT, RECOVER, OR OFFSET ANY SUCH DEBT AS A PERSONAL LIABILITY OF THE DEBTOR.

8) THE IDOR CONTENDS BY ONE SPOKESMAN, JEFF EISNER, IN THE BANKRUPTCY SECTION, THAT THE TAX YEARS 2006-2008, AND ALSO 2012 WERE NOT DISCHARGED, ALLEGING PER PHONE CONVERSATION, THAT THE RETURNS FOR 2006-2008 WERE AMENDED BY THE INTERNAL REVENUE SERVICES, AND THAT MY FAILURE TO AMEND

(2)

THE ILLINOIS TAX FORMS WITHIN THE REQUIRED TIME MADE THOSE TAXES NOT DISCHARGEABLE. EISNER ALSO CONTENDS THAT THE IDOR RECEIVED THE 2012 RETURN ON MAY 21, 2013, AND THEREFORE THOSE TAXES FAILED TO BE DISCHARGED.

9) IN CONVERSATION WITH JOHN WILKINS, ANOTHER SPOKESMAN ANALYST IN THE BANKRUPTCY SECTION, IT WAS RELAYED THAT THE IDOR DID NOT POSSESS ANY ILLINOIS TAX FORMS FOR THE YEARS 2006-2008, AND THEREFORE THOSE TAXES, AS WELL AS THE YEAR 20012, WILL NOT BE DISCHARGED.

10) DEBTOR ALLEGES THAT AT NO TIME EVER WAS HIS FEDERAL INCOME TAX FORMS AMENDED, REASSESED, RECALCULATED, OR THERE WAS AN AUDIT, AND HEREBY ATTACHES THE COMPLETE IRS TRANSCRIPTS FOR 2006-2008 AS EXHIBITS A-1, A-2, A-3, AND INCORPORATES THEM AS REFERENCE.

11) FURTHERMORE, DEBTOR SUBMITTED THE ILLINOIS TAX RETURNS FOR THE YEARS 2006-2008 ON OR ABOUT THE DATE INDICATED ON THE RETURNS, AND HEREBY ATTACHES THEM AS EXHIBITS B-1, B-2, B-8, AND INCORPORATES THEM BY REFERENCE.

12) THE DUE DATES FOR ALL OF DEBTOR'S TAX RETURNS IS APRIL 15 (WITHOUT EXTENSIONS) AND ALL MATTERS CONSIDERED IN THIS COMPLAINT MUST BE BASED ON THIS FACT. DEBTOR NEVER REQUESTED ANY EXTENSIONS ON ALL HIS RETURNS.

13) BASED ON TELEPHONE CONVERSATIONS PER ABOVE IT IS APPARENT THAT IDOR CONTENDS THE TAXES FOR THE YEARS 2006-2008, AND 2012, ARE EXCEPTED FROM DISCHARGE UNDER 11 USC523 (a)(1)(B)(i)(ii). DEBTOR DEMANDS STRICT PROOF THEREOF.

14) THE INTENTIONAL AND WILFUL VIOLATION OF THE PERMANENT INJUNCTION ORDER WARRANTS A FINDING OF CIVIL CONTEMPT AND IMPOSITION OF SANCTIONS, INCLUDING COMPENSATORY AND PUNITIVE DAMAGES.

15) DEBTOR ALSO REQUESTS THE COURT FOR INJUNCTIVE RELIEF THAT THEY OBEY THE RULING ON THIS MATTER. THIS IS WITHIN THE SCOPE OF EX PARTE YOUNG 209 US 123, SEEKING PROSPECTIVE RELIEF.

16) SOVEREIGN IMMUNITY DOES NOT APPLY IN THIS MATTER DUE TO 11 USC 106(a) SEE ALSO MERCHANT'S GRAIN, INC 59 F 3d 630, 631 (7th CIRC 1995), THE ILLINOIS CONSTITUTION OF 1970 ART VIII Sec. 4 ALSO ABOLISHES SOVEREIGN IMMUNITY AND ENJOINS A STATE OFFICIAL FROM ENGAGING IN CONDUCT THAT VIOLATES FEDERAL LAW.

Wherefore Debtor humbly REQUESTS A PRAYER FOR JUDGMENT DISCHARGING ALL STATE INCOME TAXES AND ANY OTHER RELIEF DEEMED APPROPRIATE.

SEPTEMBER 22, 2016        Ronald J Grason
                         RONALD J. GRASON, DEBTOR
                         PRO SE.


RONALD GRASON
357 WEST DECATUR STREET
DECATUR, ILLINOIS 62522
(217) 520-2197

(4)

# Internal Revenue Service

*EXHIBIT A-1*

## United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06-06-2016
Response Date: 06-06-2016
Tracking Number: 100285929691

Account Transcript

FORM NUMBER: 1040            TAX PERIOD: Dec. 31, 2006

TAXPAYER IDENTIFICATION NUMBER:        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

RONALD J GRASON

2280

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

```
ACCOUNT BALANCE:          128,298.70
ACCRUED INTEREST:          45,723.58    AS OF: Jun. 20, 2016
ACCRUED PENALTY:           18,535.14    AS OF: Jun. 20, 2016

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):       192,557.42
```

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

```
EXEMPTIONS:               02
FILING STATUS:            Head of Household
ADJUSTED GROSS
   INCOME:                276,968.00
TAXABLE INCOME:           264,736.00
TAX PER RETURN:            83,998.00
SE TAXABLE INCOME
   TAXPAYER:               94,200.00
SE TAXABLE INCOME
   SPOUSE:                      0.00
TOTAL SELF
   EMPLOYMENT TAX:         18,956.00
```

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)  Nov. 21, 2007
PROCESSING DATE                                               Mar. 03, 2008

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed 09221-328-27830-7 | 20080808 | 03-03-2008 | $89,914.02 |
| 140 | Inquiry for non-filing of tax return | | 12-03-2007 | $0.00 |
| 971 | Notice issued | | 02-04-2008 | $0.00 |
| 166 | Penalty for filing tax return after the due date | 20080808 | 03-03-2008 | $20,230 |
| 276 | Penalty for late payment of tax | 20080808 | 03-03-2008 | $4,619.89 |
| 196 | Interest charged for late payment | 20080808 | 03-03-2008 | $7,871.63 |
| 971 | Notice issued | | 03-03-2008 | $0.00 |
| 420 | Examination of tax return | | 02-21-2008 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 05-08-2008 | $0.00 |

Tracking Number: 100285929691

| 521 | Removed bankruptcy or other legal action | 08-15-2008 | $0.00 |
| 582 | Lien placed on assets due to balance owed | 09-05-2008 | $0.00 |
| 360 | Fees and other expenses for collection | 09-29-2008 | $32.00 |
| 971 | Account match for federal levy payment program | 02-09-2009 | $0.00 |
| 971 | Account match for federal levy payment program | 02-09-2009 | $0.00 |
| 971 | Notice issued | 02-09-2009 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | 02-09-2009 | $0.00 |
| 160 | Penalty for filing tax return after the due date20090608 | 02-23-2009 | $2,92 |
| 300 | Additional tax assessed by examination20090608 28247-435-00018-9 | 02-23-2009 | $2,706.12 |
| 421 | Closed examination of tax return | 02-23-2009 | $0.00 |
| 971 | Notice issued | 02-23-2009 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 07-27-2009 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 07-27-2009 | $0.00 |
| 971 | Tax period blocked from automated levy program | 07-29-2009 | $0.00 |
| 971 | Tax period blocked from automated levy program | 07-30-2009 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 08-11-2009 | $0.00 |
| 971 | Tax period blocked from automated levy program | 01-02-2012 | $0.00 |
| 960 | Appointed representative | 05-01-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 05-24-2012 | $0.00 |
| 971 | Tax period blocked from automated levy program | 05-24-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 05-24-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 05-24-2012 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 07-17-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 08-28-2012 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 09-12-2012 | $0.00 |

Tracking Number: 100285929691

| | | | |
|---|---|---|---|
| 520 | Bankruptcy or other legal action filed | 11-02-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 11-02-2012 | $0.00 |
| 522 | Removed bankruptcy or other legal action | 11-02-2012 | $0.00 |
| 530 | Balance due account currently not collectable | 03-21-2013 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 11-26-2013 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 03-27-2014 | $0.00 |
| 961 | Removed appointed representative | 12-01-2015 | $0.00 |

**This Product Contains Sensitive Taxpayer Data**



# Internal Revenue Service
### United States Department of the Treasury
PHILADELPHIA, PA 19255-1498

*EXHIBIT A-2*

Tracking ID: 100285929691
Date of Issue: 06-06-2016

042278.515771.456923.25855 1 MB 0.419 699

RONALD J GRASON
357 W DECATUR ST
DECATUR, IL 62522

2278

Tax Period: December, 2007

### Information about the Request We Received

In this letter, we'll report the status of the request we received.

We've enclosed the transcript or transcripts that you requested on June 06, 2016.

A transcript of account shows a summary of your tax return and subsequent actions taken. These actions could include payments, amended returns, and corrections we made to the original return due to math mistakes.

Information for current tax years is available immediately on our computer systems. Delivery time to you depends on how you submit your request and the delivery method you select to receive the information.

If you have any questions about information contained in the transcripts or other enclosed information, please call us at the IRS telephone number listed in your local directory or at 1-800-829-0922.

Sincerely Yours,

Patricia LaPosta

Patricia LaPosta, Director
Electronic Products & Svcs Support

Enclosures:
Account Transcript

# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06-06-2016
Response Date: 06-06-2016
Tracking Number: 100285929691

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2007

TAXPAYER IDENTIFICATION NUMBER:          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

RONALD J GRASON
357 W DECATUR ST
DECATUR, IL 62522-3308-577

2278

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:          134,953.39
ACCRUED INTEREST:          33,865.28          AS OF: Jun. 20, 2016
ACCRUED PENALTY:           15,483.93          AS OF: Jun. 20, 2016

ACCOUNT BALANCE
   PLUS ACCRUALS
   (this is not a
   payoff amount):        184,302.60

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:               01
FILING STATUS:            Single
ADJUSTED GROSS
   INCOME:                275,958.00
TAXABLE INCOME:           268,084.00
TAX PER RETURN:            93,842.00
SE TAXABLE INCOME
   TAXPAYER:               97,500.00
SE TAXABLE INCOME
   SPOUSE:                     0.00
TOTAL SELF
   EMPLOYMENT TAX:         19,306.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Jul. 31, 2009
PROCESSING DATE                                                Sep. 07, 2009

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|---------------------------|-------|------|--------|
| 150  | Tax return filed<br>89221-220-77926-9 | 20093408 | 09-07-2009 | $93,842.00 |
| 460  | Extension of time to file tax return<br>ext. Date 10-15-2008 | | 04-15-2008 | $0.00 |
| 140  | Inquiry for non-filing of tax<br>return | | 05-11-2009 | $0.00 |
| 971  | Notice issued | | 06-01-2009 | $0.00 |
| 599  | Tax return secured | | 08-03-2009 | $0.00 |
| 176  | Penalty for not pre-paying tax | 20093408 | 09-07-2009 | $4,271.00 |
| 166  | Penalty for filing tax return after the due date | 20093408 | 09-07-2009 | $21,114 |
| 276  | Penalty for late payment of tax | 20093408 | 09-07-2009 | $7,976.57 |

Tracking Number: 100285929691

| 196 | Interest charged for late payment | 20093408 | 09-07-2009 | $7,717.37 |
|---|---|---|---|---|
| 971 | Notice issued | | 09-07-2009 | $0.00 |
| 971 | Account match for federal levy payment program | | 04-02-2012 | $0.00 |
| 971 | Notice issued | | 04-02-2012 | $0.00 |
| 971 | Collection due process Notice of Intent to Levy -- issued | | 04-02-2012 | $0.00 |
| 582 | Lien placed on assets due to balance owed | | 03-30-2012 | $0.00 |
| 360 | Fees and other expenses for collection | | 04-23-2012 | $32.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | | 04-03-2012 | $0.00 |
| 960 | Appointed representative | | 05-01-2012 | $0.00 |
| 971 | Notice issued | | 06-11-2012 | $0.00 |
| 971 | Final notice before levy on social security benefits | | 06-11-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 05-24-2012 | $0.00 |
| 971 | Tax period blocked from automated levy program | | 05-24-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 05-24-2012 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 07-17-2012 | $0.00 |
| 971 | Account match for federal levy payment program | | 08-27-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 08-28-2012 | $0.00 |
| 521 | Removed bankruptcy or other legal action | | 09-12-2012 | $0.00 |
| 971 | Account match for federal levy payment program | | 10-29-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | | 11-02-2012 | $0.00 |
| 522 | Removed bankruptcy or other legal action | | 11-02-2012 | $0.00 |
| 971 | Account match for federal levy payment program | | 02-11-2013 | $0.00 |
| 971 | Notice issued | | 02-11-2013 | $0.00 |
| 971 | Final notice before levy on social security benefits | | 02-11-2013 | $0.00 |
| 971 | Account match for federal levy payment program | | 03-04-2013 | $0.00 |
| 530 | Balance due account currently not | | 03-21-2013 | $0.00 |

Tracking Number: 100285929691
collectable

| | | | |
|---|---|---|---|
| 520 | Bankruptcy or other legal action filed | 11-26-2013 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 03-27-2014 | $0.00 |
| 961 | Removed appointed representative | 12-01-2015 | $0.00 |

This Product Contains Sensitive Taxpayer Data



2278



# Internal Revenue Service
### United States Department of the Treasury
PHILADELPHIA, PA 19255-1498

*EXHIBIT A-3*

Tracking ID: 100285929691
Date of Issue: 06-06-2016

042274.515771.456923.25855 1 MB 0.419 536

RONALD J GRASON
357 W DECATUR ST
DECATUR, IL 62522

l2274

Tax Period: December, 2008

### Information about the Request We Received

In this letter, we'll report the status of the request we received.

We've enclosed the transcript or transcripts that you requested on June 06, 2016.

A transcript of account shows a summary of your tax return and subsequent actions taken. These actions could include payments, amended returns, and corrections we made to the original return due to math mistakes.

Information for current tax years is available immediately on our computer systems. Delivery time to you depends on how you submit your request and the delivery method you select to receive the information.

If you have any questions about information contained in the transcripts or other enclosed information, please call us at the IRS telephone number listed in your local directory or at 1-800-829-0922.

Sincerely Yours,

*Patricia LaPosta*

Patricia LaPosta, Director
Electronic Products & Svcs Support

Enclosures:
Account Transcript

# Internal Revenue Service
### United States Department of the Treasury

This Product Contains Sensitive Taxpayer Data

Request Date: 06-06-2016
Response Date: 06-06-2016
Tracking Number: 100285929691

Account Transcript

FORM NUMBER: 1040          TAX PERIOD: Dec. 31, 2008

TAXPAYER IDENTIFICATION NUMBER:          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

RONALD J GRASON
357 W DECATUR ST
DECATUR, IL 62522-3308-577

2274

--- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:        64,646.90
ACCRUED INTEREST:       16,224.31       AS OF: Jun. 20, 2016
ACCRUED PENALTY:        11,580.52       AS OF: Jun. 20, 2016

ACCOUNT BALANCE
  PLUS ACCRUALS
  (this is not a
  payoff amount):      92,451.73

** INFORMATION FROM THE RETURN OR AS ADJUSTED **

EXEMPTIONS:             01
FILING STATUS:          Single
ADJUSTED GROSS
  INCOME:              156,586.00
TAXABLE INCOME:        146,286.00
TAX PER RETURN:         51,469.00
SE TAXABLE INCOME
  TAXPAYER:            102,000.00
SE TAXABLE INCOME
  SPOUSE:                   0.00
TOTAL SELF
  EMPLOYMENT TAX:       16,531.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)   Jul. 31, 2009
PROCESSING DATE                                                Sep. 07, 2009

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|------|----------------------------|-------|------|--------|
| 150 | Tax return filed 89221-227-08112-9 | 20093408 | 09-07-2009 | $51,469.00 |
| 176 | Penalty for not pre-paying tax | 20093408 | 09-07-2009 | $1,654.03 |
| 166 | Penalty for filing tax return after the due date | 20093408 | 09-07-2009 | $9,264 |
| 276 | Penalty for late payment of tax | 20093408 | 09-07-2009 | $1,286.72 |
| 196 | Interest charged for late payment | 20093408 | 09-07-2009 | $972.73 |
| 971 | Notice issued | | 09-07-2009 | $0.00 |
| 971 | Account match for federal levy payment program | | 04-02-2012 | $0.00 |
| 971 | Notice issued | | 04-02-2012 | $0.00 |
| 971 | Collection due process Notice of | | 04-02-2012 | $0.00 |

Tracking Number: 100285929691

Intent to Levy -- issued

| | | | |
|---|---|---|---|
| 582 | Lien placed on assets due to balance owed | 03-30-2012 | $0.00 |
| 971 | Issued notice of lien filing and right to Collection Due Process hearing | 04-03-2012 | $0.00 |
| 960 | Appointed representative | 05-01-2012 | $0.00 |
| 971 | Notice issued | 06-11-2012 | $0.00 |
| 971 | Final notice before levy on social security benefits | 06-11-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 05-24-2012 | $0.00 |
| 971 | Tax period blocked from automated levy program | 05-24-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 05-24-2012 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 07-17-2012 | $0.00 |
| 971 | Account match for federal levy payment program | 08-27-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 08-28-2012 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 09-12-2012 | $0.00 |
| 971 | Account match for federal levy payment program | 10-29-2012 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 11-02-2012 | $0.00 |
| 522 | Removed bankruptcy or other legal action | 11-02-2012 | $0.00 |
| 971 | Account match for federal levy payment program | 02-11-2013 | $0.00 |
| 971 | Notice issued | 02-11-2013 | $0.00 |
| 971 | Final notice before levy on social security benefits | 02-11-2013 | $0.00 |
| 971 | Account match for federal levy payment program | 03-04-2013 | $0.00 |
| 530 | Balance due account currently not collectable | 03-21-2013 | $0.00 |
| 520 | Bankruptcy or other legal action filed | 11-26-2013 | $0.00 |
| 521 | Removed bankruptcy or other legal action | 03-27-2014 | $0.00 |
| 961 | Removed appointed representative | 12-01-2015 | $0.00 |

This Product Contains Sensitive Taxpayer Data

*EXHIBIT B-1*



**Illinois Department of Revenue**
**2006 Form IL-1040**
Individual Income Tax Return    or for fiscal year ending ___/_0_7_

tax.illinois.gov

*Do not write above this line.*

**Step 1: Personal Information**

**A** Your Social Security numbers in the order they appear on your federal return

| 3 | 3 | 4 | - | 2 | 8 | - | 4 | 8 | 9 | 0 |

Your Social Security number

Your spouse's Social Security number

**B** Print your personal information below

*RONALD J.*    *GRASON*
Your first name and initial    Your last name

Your spouse's first name and initial    Your spouse's last name (if different)

*357 W DECATUR*
Mailing address

*DECATUR*    *IL*    *62522*
City    State    ZIP

**C** Filing status (see instructions)

☒ Single or head of household    ☐ Married filing jointly    ☐ Married filing separately    ☐ Widowed

**Step 2: Income**

| | | | |
|---|---|---|---|
| 1 | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 | 1 | *263,905* |
| 2 | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ | 2 | |
| 3 | Other additions to your income. **Attach** Schedule M. | 3 | |
| 4 | Add Lines 1 through 3. This is your total income. | 4 | *263,905* |

**Step 3: Base Income**

| | | | |
|---|---|---|---|
| 5 | Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. **Attach** federal page 1. | 5 | *16,800* |
| 6 | Military pay earned if included in Step 2, Line 1. **Attach** military W-2. | 6 | |
| 7 | Illinois Income Tax overpayment included in U.S. 1040, Line 10 | 7 | |
| 8 | U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1 | 8 | |
| 9 | Other subtractions to your income. **Attach** Schedule M. *SELF EMPL HLTH INS* | 9 | *610* |
| | Check if Line 9 includes any amount from Schedule 1299-C ☐ | | |
| 10 | Add Lines 5 through 9. This is the total of your subtractions. | 10 | *17,410* |
| 11 | Subtract Line 10 from Line 4. This is your Illinois **base income**. | 11 | *246,495* |

**Step 4: Exemptions**

See instructions before completing Line 12.

| | | | | |
|---|---|---|---|---|
| 12 | a Number of exemptions from your federal return | *2* X $2,000 | a | *4,000* |
| | b If someone else claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here. | ___ X $2,000 | b | |
| | c Check if 65 or older: ☒ You + ☐ Spouse = | _1_ X $1,000 | c | *1,000* |
| | d Check if legally blind: ☐ You + ☐ Spouse = | ___ X $1,000 | d | |
| | Add Lines a through d. This is your total Illinois exemption allowance. | | 12 | *5,000* |

**Step 5: Net Income**

| | | | |
|---|---|---|---|
| 13 | **Residents only:** Subtract Line 12 from Line 11. This is your net income. *Skip Line 14.* | 13 | *241,495* |
| 14 | **Nonresidents and part-year residents only:** Check the box that applies to you during 2006 ☐ Nonresident ☐ Part-year resident, and write the Illinois base income from Schedule NR. **Attach** Schedule NR. | 14 | |

**Step 6: Tax**

| | | | |
|---|---|---|---|
| 15 | **Residents:** Multiply Line 13 by 3% (.03). Write the result here. This is your **tax**. **Nonresidents and part-year residents:** Write the tax from Schedule NR. **This amount may not be less than zero.** | 15 | *7244* \| *85* |

IL-1040 front (R-12/06)

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0065

*EXHIBIT B-2*

| | 16 | Tax amount from Page 1, Step 6, Line 15 | 16 | _____|___ |

## Step 7: Payments and Credits

| | 17 | Illinois Income Tax withheld. Attach W-2 and 1099 forms. | | 17 | _____|___ |
| | 18 | Estimated payments from Forms IL-505-I and IL-1040-ES, including overpayment applied from 2005 return | | 18 | _____|___ |
| Nonresidents may not claim a credit on Lines 19, 20, or 21. | 19 | Income tax paid to another state while an Illinois resident. Attach Schedule CR and other states' returns. | | 19 | _____|___ |
| | 20 | Illinois Property Tax credit. Complete PT Worksheet in instructions. | | | |
| The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16. | | PT Worksheet Line 3 amount       20a _____|___ | | | |
| | | PT Worksheet Line 8 amount | | 20b | _____|___ |
| | 21 | K-12 education expense credit. Complete ED Worksheet in instructions or Schedule ED. Attach receipt or Schedule ED. | | | |
| | | ED Worksheet or Schedule ED Line 1 amount   21a _____|___ | | | |
| | | ED Worksheet or Schedule ED Line 10 amount | | 21b | _____|___ |
| | 22 | Earned Income Credit. Complete EIC Worksheet in instructions. | | | |
| | | EIC Worksheet Line 1 amount       22a _____|___ | | | |
| | | EIC credit amount from the EIC Worksheet | | 22b | _____|___ |
| | | Check if you have a qualifying child (living with you) born after 12/31/88.  ☐ | | | |
| | 23 | Income tax credit amount from Schedule 1299-C. Attach Schedule 1299-C. 23 | | | _____|___ |
| | 24 | Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits. 24 | | | _____|___ |

## Step 8: Overpayment or Tax Due

| | 25 | If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your overpayment. | 25 | _____|___ |
| | 26 | If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your tax due. | 26 | *7244 |85* |

## Step 9: Penalty

| | 27 | Late-payment penalty for underpayment of estimated tax | 27 | _____|___ |
| | a | Check if you annualized your income on Form IL-2210, Step 6, or if you are 65 or older and permanently living in a nursing home. Attach Form IL-2210. | ☐ |
| | b | Check if at least two-thirds of your federal gross income is from farming. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 🚜 | ☐ |

## Step 10: Donations Any donation will reduce your refund or increase the amount you owe

| | 28 | Amount you wish to donate to one or more of the following voluntary contribution funds: | | |

**MAKE "GIVING" EASY!**

| Wildlife | a | ___|___ | Multiple Sclerosis | f | ___|___ | Pet Population | k | ___|___ |
| Child Abuse | b | ___|___ | Military Family | g | ___|___ | Energy Assistance | l | ___|___ |
| Alzheimer's | c | ___|___ | Lou Gehrig's | h | ___|___ | Heartsaver AED | m | ___|___ |
| Homeless | d | ___|___ | IL Veterans' Home | i | ___|___ | | | |
| Breast Cancer | e | ___|___ | Diabetes | j | ___|___ | | | |

| | | Add Lines a through m. This is your donations total. | 28 | _____|___ |
| | 29 | Add Line 27 and Line 28. This is your total penalty and donations. | 29 | _____|___ |

## Step 11: Refund or Amount You Owe

| | 30 | If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25. | 30 | _____|___ |
| | 31 | Amount from Line 30 that you want applied to 2007 estimated tax | 31 | _____|___ |
| | 32 | Subtract Line 31 from Line 30. This is your refund. | 32 | _____|___ |

**Direct Deposit** 33 Complete to direct deposit your refund

| Routing number | ☐☐☐☐☐☐☐☐☐ | ☐ Checking or ☐ Savings |
| Account number | ☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐ | |

| See instructions for payment options. | 34 | If you have tax due on Line 26, add Lines 26 and 29.  or | | |
| | | If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29. This is the amount you owe. | 34 | *7244 |85* |

## Step 12: Sign and Date

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

| *Ronald Grason* | *11-16-07* | *217 4288600* | | |
| Your signature | Date | Daytime phone number | Your spouse's signature | Date |

| | | | |
| Paid preparer's signature | Date | Preparer's phone number | Preparer's FEIN, SSN, or PTIN |

If no payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62719-0001

If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001

♻ IL-1040 back (R-12/06) DR_____ AP_____ CA   DE   EL   EV   LP   ME   MO   PR   RM   RR   TT   TV   WA   WT   WV   ZZ

CUT HERE

*EXHIBIT B-2*

**Illinois Department of Revenue**
**IL-1040-V Payment Voucher for Individual Income Tax**
ID: 3033

**2007**

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

Your payment is due April 15, 2008.

RONALD J. GRASON
357 W. DECATUR
DECATUR          IL 62522

$ _____ 7,704.00
Print your payment amount.

Mail to:  Illinois Department of Revenue
          Springfield IL 62726-0001

Write your Social Security number on your check.

Preparer's phone number  217-532-6474

104081207 4 2 334284890 4 07180119 7 000770400

RJG4890 06/19/2009 4:49 PM

**Illinois Department of Revenue**
# 2007 Form IL-1040

tax.illinois.gov← **Individual Income Tax Return** or for fiscal year ending _ _/08

Do not write above this line.

## Step 1: Personal Information

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
RONALD J.        GRASON

357 W. DECATUR

DECATUR            IL 62522

MAKE "GIVING"
❤
**EASY!**
Use Line 28

C Filing status (see instructions)
[X] Single or head of household    [ ] Married filing jointly    [ ] Married filing separately    [ ] Widowed

## Step 2: Income

| | | |
|---|---|---:|
| 1 | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 | 1 275,958| |
| 2 | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ | 2 | |
| 3 | Other additions to your income. **Attach** Schedule M. | 3 | |
| 4 | Add Lines 1 through 3. This is your total income. | 4 275,958| |

## Step 3: Base Income

| | | |
|---|---|---:|
| 5 | Income received from Social Security benefits and certain retirement plans if included in Step 2, Line 1. **Attach** federal page 1. | 5 16,162| |
| 6 | Military pay earned if included in Step 2, Line 1. **Attach** military W-2. | 6 | |
| 7 | Illinois Income Tax overpayment included in U.S. 1040, Line 10 | 7 | |
| 8 | U.S. Treasury bonds, bills, notes, savings bonds, and U.S. agency interest from U.S. 1040, Schedule B, or U.S. 1040A, Schedule 1 | 8 | |
| 9 | Other subtractions to your income. **Attach** Schedule M. Check if Line 9 includes any amount from Schedule 1299-C [ ] | 9 | |
| 10 | Add Lines 5 through 9. This is the total of your subtractions. | 10 16,162| |
| 11 | Subtract Line 10 from Line 4. This is your Illinois **base income**. | 11 259,796| |

## Step 4: Exemptions

See instructions before completing Line 12.

| | | |
|---|---|---:|
| 12 a | Number of exemptions from your federal return  1  X  $2,000 a | 2,000| |
| b | If someone else claimed or could have claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here.  X $2,000 b | |
| c | Check if 65 or older: [X] You + [ ] Spouse = 1 X $1,000 c | 1,000| |
| d | Check if legally blind: [ ] You + [ ] Spouse = X $1,000 d | |
| | Add Lines a through d. This is your total Illinois exemption allowance. | 12 3,000| |

## Step 5: Net Income

| | | |
|---|---|---:|
| 13 | Residents only: Subtract Line 12 from Line 11. This is your net income. Skip Line 14. | 13 256,796| |
| 14 | Nonresidents and part-year residents only: Check the box that applies to you during 2007 [ ] Nonresident [ ] Part-year resident, and write the Illinois base income from Schedule NR. **Attach** Schedule NR.  14 | |

## Step 6: Tax

| | | |
|---|---|---:|
| 15 | Residents: Multiply Line 13 by 3% (.03). Write the result here. This is your **tax**. Nonresidents and part-year residents: Write the tax from Schedule NR. This amount may not be less than zero. | 15 7,704| |

Staple W-2 and 1099 forms here

Staple your check here

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0065

IL-1040 front (R-12/07)
ID: 3033

RJG4390 06/19/2009 4:49 PM

RONALD J. GRASON

**16** Tax amount from Page 1, Step 6, Line 15 — **16** 7,704|

## Step 7: Payments and Credits

**17** Illinois Income Tax withheld. **Attach W-2 and 1099 forms.** **17** |

**18** Estimated payments from Forms IL-505-I and IL-1040-ES, including overpayment applied from Line 31 of your 2006 return **18** |

Nonresidents may not claim a credit on Lines 19, 20, or 21.

**19** Income tax paid to another state while an Illinois resident. **Attach Schedule CR and other states' returns.** **19** |

**20** Illinois Property Tax credit. **Complete PT Worksheet in instructions.**
PT Worksheet Line 3 amount **20a**
PT Worksheet Line 8 amount **20b**

The total of Lines 19, 20b, and 21b may not exceed the tax amount on Line 16.

**21** K-12 education expense credit. **Complete ED Worksheet in instructions or Schedule ED. Attach** receipt or Schedule ED.
ED Worksheet or Schedule ED Line 1 amount **21a**
ED Worksheet or Schedule ED Line 10 amount **21b** |

**22** Earned Income Credit. **Complete EIC Worksheet in instructions.**
EIC Worksheet Line 1 amount **22a**
EIC Worksheet Line 4 amount **22b**

**23** Income tax credit amount from Schedule 1299-C. **Attach** Schedule 1299-C. **23** |

**24** Add Lines 17, 18, 19, 20b, 21b, 22b, and 23. This is the total of your payments and credits. **24** |

## Step 8: Overpayment or Tax Due

**25** If Line 24 is greater than Line 16, subtract Line 16 from Line 24. This is your **overpayment.** **25** |

**26** If Line 16 is greater than Line 24, subtract Line 24 from Line 16. This is your **tax due.** **26** 7,704|

## Step 9: Penalty

**27** Late-payment penalty for underpayment of estimated tax **27** |

  **a** Check if you annualized your income on Form IL-2210, Step 6, or if you are 65 or older and permanently living in a nursing home. **Attach** Form IL-2210. ☐

  **b** Check if at least two-thirds of your federal gross income is from farming. ☐

## Step 10: Donations Any donation will reduce your refund or increase the amount you owe

**28** Amount you wish to donate to one or more of the following voluntary contribution funds:

MAKE "GIVING" ♥ EASY!

| Wildlife | **a** | Breast Cancer | **e** | Diabetes | **i** |
| Child Abuse | **b** | Multiple Sclerosis | **f** | Auto-immune | **j** |
| Alzheimer's | **c** | Military Family | **g** | Lung Cancer | **k** |
| Homeless | **d** | IL Veterans' Home | **h** | | |

Add Lines **a** through **k**. This is your donations total. **28** 0|

**29** Add Line 27 and Line 28. This is your total penalty and donations. **29** |

## Step 11: Refund or Amount You Owe

**30** If you have an overpayment on Line 25 and this amount is greater than Line 29, subtract Line 29 from Line 25. **30**

**31** Amount from Line 30 that you want applied to 2008 estimated tax **31**

**32** Subtract Line 31 from Line 30. This is your **refund.** **32**

**33** Complete to direct deposit your refund

  ↳ **Direct Deposit**

Routing number [ ] ☐ Checking or ☐ Savings
Account number [ ]

See instructions for payment options.

**34** If you have tax due on Line 26, add Lines 26 and 29. **or**
If you have an overpayment on Line 25 and this amount is less than Line 29, subtract Line 25 from Line 29.
This is the **amount you owe.** **34** 7,704|

## Step 12: Sign and Date

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

Your signature: _Derald E. Mihalko_   Date 6/19/09   Daytime phone number 217-532-6474   Your spouse's signature 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   Date
Paid preparer's signature   Date   Preparer's phone number   Preparer's FEIN, SSN, or PTIN

If no payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62719-0001

If payment enclosed, mail to:
ILLINOIS DEPARTMENT OF REVENUE
SPRINGFIELD IL 62726-0001

IL-1040 back (R-12/07) DR_____ AP_____ CA DE EV ME MO PR RM RR TT TV WA WT WV ZZ ID_____

ID: 3033

RJG4390 06/19/2009 4:49 PM

| Form **1040** | Department of the Treasury—Internal Revenue Service<br>**U.S. Individual Income Tax Return** | **2007** | (99) | IRS Use Only–Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1-Dec. 31, 2007, or other tax year beginning _____ , 2007, ending _____ , 20 ___ | OMB No. 1545-0074

**Label**
(See instructions on page 12.)
Use the IRS label.
Otherwise, please print or type.

| Your first name and initial | Last name | Your social security number |
|---|---|---|
| RONALD J. | GRASON | 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 |

If a joint return, spouse's first name and initial | Last name | Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 12. | Apt. no. | **You must enter your SSN(s) above.** ▲

357 W. DECATUR

City, town or post office, state, and ZIP code. If you have a foreign address, see page 12.

DECATUR   IL 62522

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 12) ▶ [ ] You [ ] Spouse

**Filing Status**
Check only one box.

1 [X] Single
2 [ ] Married filing jointly (even if only one had income)
3 [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4 [ ] Head of household (with qualifying person). (See page 13.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (see page 14)

**Exemptions**

6a [X] **Yourself.** If someone can claim you as a dependent, **do not** check box 6a
b [ ] Spouse

| Boxes checked on 6a and 6b | 1 |
|---|---|

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. (see page 15) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If more than four dependents, see page 15.

- No. of children on 6c who:
  • lived with you
  • did not live with you due to divorce or separation (see page 16)
- Dependents on 6c not entered above

d Total number of exemptions claimed

Add numbers on lines above ▶ | 1

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 19.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | **Taxable interest.** Attach Schedule B if required | 8a | |
| b | **Tax-exempt** interest. **Do not** include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 19) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 20) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 269,449 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount (see page 21) | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount (see page 22) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits | 20a | 19,014 | b Taxable amount (see page 24) | 20b | 16,162 |
| 21 | Other income. List type and amount (see page 24) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 285,611 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 26) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 9,653 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 26) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 27) | 32 | |
| 33 | Student loan interest deduction (see page 30) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 9,653 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 275,958 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 83.

DAA

Form **1040** (2007)

- - - - - - - - - - - - - - - - - - - CUT HERE - - - - - - - - - - - -

**Illinois Department of Revenue**        *EXHIBIT B-3*
**IL-1040-V Payment Voucher for Individual Income Tax**        **2008**
ID: 2C9

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                                    Your payment is due April 15, 2009.


    RONALD  J.  GRASON
    357 W. DECATUR
    DECATUR            IL  62522

                                                    $ _____ 4,011.00
                                                      Print your payment amount.
    Mail to:  Illinois Department of Revenue
              Springfield IL 62726-0001
                                          Write your Social Security number on your check.
    Preparer's phone number  217-532-6474


                    104081208 2 2 334284890 4 07180119 7 00040110

RJG4890 06/19/2009 5:01 PM

**Illinois Department of Revenue**
# 2008 Form IL-1040
tax.illinois.gov ← **Individual Income Tax Return**   or for fiscal year ending __ __ / 0 9

Do not write above this line

## Step 1: Personal Information

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
RONALD J.      GRASON

357 W. DECATUR

DECATUR          IL 62522

C  Filing status (see instructions)
[X] Single or head of household   [ ] Married filing jointly   [ ] Married filing separately   [ ] Widowed

Staple W-2 and 1099 forms here

## Step 2: Income

| | | |
|---|---|---|
| 1 | Federal adjusted gross income from your U.S. 1040, Line 37; U.S. 1040A, Line 21; or U.S. 1040EZ, Line 4 | 1 ___156,586\| |
| 2 | Federally tax-exempt interest and dividend income from your U.S. 1040 or 1040A, Line 8b; or U.S. 1040EZ | 2 _____\| |
| 3 | Other additions to your income. **Attach** Schedule M. | 3 _____\| |
| 4 | **Total income.** Add Lines 1 through 3. | 4 ___156,586\| |

## Step 3: Base Income

| | | |
|---|---|---|
| 5 | Income received from Social Security benefits and certain retirement plans if included in Line 1. **Attach** federal page 1. | 5 ___19,872\| |
| 6 | Illinois Income Tax overpayment included in U.S. 1040, Line 10 | 6 _____\| |
| 7 | Other subtractions to your income. **Attach** Schedule M. | 7 _____\| |
| | Check if Line 7 includes any amount from Schedule 1299-C  [ ] | |
| 8 | Add Lines 5, 6, and 7. This is the total of your subtractions. | 8 ___19,872\| |
| 9 | **Illinois base income.** Subtract Line 8 from Line 4. | 9 ___136,714\| |

## Step 4: Exemptions

See instructions before figuring exemptions.

| | | | |
|---|---|---|---|
| 10 a | Number of exemptions from your federal return | __1__ X $2,000 a | __2,000\| |
| b | If someone else claimed or could have claimed you or your spouse as a dependent on their return, see instructions to figure the number to write here. | _____ X $2,000 b | _____\| |
| c | Check if 65 or older: [X] You + [ ] Spouse = __1__ | X $1,000 c | __1,000\| |
| d | Check if legally blind: [ ] You + [ ] Spouse = _____ | X $1,000 d | _____\| |
| | **Exemption allowance.** Add Lines a through d. | 10 | __3,000\| |

## Step 5: Net Income

| | | |
|---|---|---|
| 11 | **Residents Only: Net income.** Subtract Line 10 from Line 9. Skip Line 12. | 11 ___133,714\| |
| 12 | **Nonresidents and part-year residents Only:** Check the box that applies to you during 2008 [ ] Nonresident [ ] Part-year resident, and write the **Illinois base income** from Schedule NR. **Attach** Schedule NR. | 12 _____\| |

## Step 6: Tax

| | | |
|---|---|---|
| 13 | **Residents:** Multiply Line 11 by 3% (.03). Write the result here. **Nonresidents and part-year residents:** Write the tax before recapture of investment credits from Schedule NR. | 13 ___4,011\| |
| 14 | Recapture of investment tax credits. **Attach** Schedule 4255. | 14 _____\| |
| 15 | **Total tax.** Add Lines 13 and 14. This amount may not be less than zero. | 15 ___4,011\| |

Staple your check

IL-1040 front (R-12/08)
ID: 2C9

This form is authorized as outlined by the Illinois Income Tax Act. Disclosure of this information is REQUIRED. Failure to provide information could result in a penalty. This form has been approved by the Forms Management Center. IL-492-0065

RJG4890 06-19/2009 5:01 PM

RONALD J. GRASON

| | 16 Total tax amount from Page 1, Line 15 | 16 | 4,011 |

## Step 7: Nonrefundable Credits

| | 17 | Income tax paid to another state while an Illinois resident. **Attach** Schedule CR and other states' returns. | 17 | |
| - New - Complete Schedule ICR | 18 | Property tax and K-12 education expense credit amount from Schedule ICR. **Attach Schedule ICR.** | 18 | |
| | 19 | Credit amount from Schedule 1299-C. **Attach Schedule 1299-C.** | 19 | |
| | 20 | Add Lines 17, 18, and 19. This is the total of your credits. This amount may not exceed the tax amount from Line 16. | 20 | |
| | 21 | **Tax after nonrefundable credits.** Subtract Line 20 from Line 16. | 21 | 4,011 |

## Step 8: Payments and Refundable Credit

| | 22 | Illinois Income Tax withheld. **Attach** W-2 and 1099 forms. | 22 | |
| | 23 | Estimated payments from Forms IL-505-I and IL-1040-ES, including overpayment applied from Line 31 of your 2007 return | 23 | |
| - New - See Instructions | 24 | Pass-through entity payments. **Attach** Schedule K-1-P or K-1-T. | 24 | |
| - New - Complete Schedule ICR | 25 | Earned Income Credit from Schedule ICR. **Attach Schedule ICR.** | 25 | |
| | 26 | **Total payments and refundable credit.** Add Lines 22 through 25. | 26 | |

## Step 9: Overpayment or Underpayment

| | 27 | **Overpayment.** If Line 26 is greater than Line 21, subtract Line 21 from Line 26. | 27 | |
| | 28 | **Underpayment.** If Line 21 is greater than Line 26, subtract Line 26 from Line 21. | 28 | 4,011 |

## Step 10: Underpayment of Estimated Tax Penalty and Donations

| | 29 | Late payment penalty for underpayment of estimated tax. | 29 | |
| | a | Check if at least two-thirds of your federal gross income is from farming. | ☐ | |
| | b | Check if you or your spouse are 65 or older and permanently living in a nursing home. | ☐ | |
| | c | Check if your income was not received evenly during the year and you annualized your income on Form IL-2210, otherwise we will figure this penalty for you. **Attach** Form IL-2210. | ☐ | |
| MAKE "GIVING" ❤ EASY! | 30 | You can make voluntary charitable donations to many worthy causes using this form. It's easy - just complete Schedule G and enter the donation amount here. **Attach** Schedule G. | 30 | |
| | 31 | **Total penalty and donations.** Add Lines 29 and 30. | 31 | |

## Step 11: Refund or Amount You Owe

| | 32 | If you have an overpayment on Line 27 and this amount is greater than Line 31, subtract Line 31 from Line 27. This is your remaining **overpayment.** | 32 | |
| | 33 | Amount from Line 32 you want **refunded to you** | 33 | |

| 34 | Complete to direct deposit your refund |
|---|---|
| ↳ Direct Deposit | Routing number [_____]  Checking or ☐  Savings ☐ |
| | Account number [_____] |

| | 35 | Subtract Line 33 from Line 32. This amount will be **applied to your 2009 estimated tax.** | 35 | |
| See instructions for payment options. | 36 | If you have an underpayment on Line 28, add Lines 28 and 31. **or** If you have an overpayment on Line 27 and this amount is less than Line 31, subtract Line 27 from Line 31. This is the **amount you owe.** | 36 | 4,011 |

## Step 12: Sign and Date

Under penalties of perjury, I state that I have examined this return, and, to the best of my knowledge, it is true, correct, and complete.

**Sign here**

| Your signature | Date 6/19/09 | Daytime phone number 217-532-6474 | Your spouse's signature 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 | Date |
| Paid preparer's signature | Date | Preparer's phone number | Preparer's FEIN, SSN, or PTIN |

| If no payment enclosed, mail to: | If payment enclosed, mail to: |
|---|---|
| ILLINOIS DEPARTMENT OF REVENUE | ILLINOIS DEPARTMENT OF REVENUE |
| PO BOX 1040 | SPRINGFIELD IL 62726-0001 |
| GALESBURG IL 61402-1040 | |

IL-1040 back (R-12/08) DR_____  AP_____  EV  RR
ID: 2C9

RJG4890 06/19/2009 5:01 PM

Form **1040**

Department of the Treasury—Internal Revenue Service
**U.S. Individual Income Tax Return** **2008** (99)  IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2008, or other tax year beginning , 2008, ending , 20    OMB No. 1545-0074

**Label**
(See instructions on page 14.)
Use the IRS label.
Otherwise, please print or type.

Your first name and initial: RONALD J.  Last name: GRASON
Your social security number: 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

If a joint return, spouse's first name and initial   Last name
Spouse's social security number

Home address (number and street). If you have a P.O. box, see page 14.   Apt. no.
357 W. DECATUR

▲ You must enter your SSN(s) above. ▲

City, town or post office, state, and ZIP code. If you have a foreign address, see page 14.
DECATUR   IL 62522

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see page 14) ▶

Checking a box below will not change your tax or refund.
☐ You   ☐ Spouse

**Filing Status**
Check only one box.

1 ☒ Single
2 ☐ Married filing jointly (even if only one had income)
3 ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4 ☐ Head of household (with qualifying person). (See page 15.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 ☐ Qualifying widow(er) with dependent child (see page 16)

**Exemptions**

6a ☒ Yourself. If someone can claim you as a dependent, **do not** check box 6a
b ☐ Spouse

Boxes checked on 6a and 6b  ___
No. of children on 6c who:

c Dependents:

| (1) First name   Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qual. child for child tax cr. (see page 17) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

• lived with you  ___
• did not live with you due to divorce or separation (see page 18)  ___

If more than four dependents, see page 17.

Dependents on 6c not entered above  ___

d Total number of exemptions claimed
Add numbers on lines above ▶  ___

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see page 21.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| | | | |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | |
| 8a | Taxable interest. Attach Schedule B if required | 8a | |
| b | Tax-exempt interest. Do not include on line 8a | 8b | |
| 9a | Ordinary dividends. Attach Schedule B if required | 9a | |
| b | Qualified dividends (see page 21) | 9b | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see page 22) | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | 144,980 |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | 13 | |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | IRA distributions | 15a | b Taxable amount (see page 23) | 15b | |
| 16a | Pensions and annuities | 16a | b Taxable amount (see page 24) | 16b | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a 23,379 b Taxable amount (see page 26) | 20b | 19,872 |
| 21 | Other income. List type and amount (see page 28) | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 164,852 |

**Adjusted Gross Income**

| | | | |
|---|---|---|---|
| 23 | Educator expenses (see page 28) | 23 | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 or 2106-EZ | 24 | |
| 25 | Health savings account deduction. Attach Form 8889 | 25 | |
| 26 | Moving expenses. Attach Form 3903 | 26 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | 8,266 |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | 28 | |
| 29 | Self-employed health insurance deduction (see page 29) | 29 | |
| 30 | Penalty on early withdrawal of savings | 30 | |
| 31a | Alimony paid   b Recipient's SSN ▶ | 31a | |
| 32 | IRA deduction (see page 30) | 32 | |
| 33 | Student loan interest deduction (see page 33) | 33 | |
| 34 | Tuition and fees deduction. Attach Form 8917 | 34 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | 35 | |
| 36 | Add lines 23 through 31a and 32 through 35 | 36 | 8,266 |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 37 | 156,586 |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 88.
DAA

Form **1040** (2008)